No. 86. IOWA CITY LIGHT & POWER CO. *v.* ICKES, FEDERAL EMERGENCY ADMINISTRATOR OF PUBLIC WORKS, ET

AL.

October 4, 1937. Pursuant to a stipulation of counsel the decree of the Court of Appeals is reversed and the cause is remanded to the District Court of the United States for the District of Columbia with directions to vacate its decree and to dismiss the proceeding upon the ground that the cause is moot. Messrs. *Walter B. Guy, Wayne G. Cook,* and *Newton D. Baker* for petitioner. *Solicitor General Reed, Assistant Attorneys General Morris* and *Whitaker,* and *Messrs. John W. Scott, Edward H. Foley,* and *Jerome N. Frank* for respondent Ickes.